THOMAS R. HUTTON, Respondent. v. LOUISE BATEMAN HUTTON, Appellant.— Motion to dismiss appeal denied. The record on appeal is amended and corrected so as to include therein the cross-notices of trial for the term of court opening in Broome county on the 6th day of October, 1930, and the stipulation, dated December 12, 1930, signed by the attorneys for the plaintiff and Mangan & Mangan, attorneys for the defendant, consenting to a trial of the divorce action before Mr. Justice Rhodes, at his chambers, in the court house in Binghamton, on December 13, 1930, at nine A. M. After the record is corrected and amended the orders appealed from are affirmed, without costs. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

ARTHUR A. BLUE, Appellant, v. THE LUDLOW VALVE MANUFACTURING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to plead anew within twenty days after entry and service of copy of order to be entered hereon. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

OGDENSBURG WHOLESALE MERCANTILE CO., INC., Respondent, v. AMOS CURRY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [148 Misc. 806.]

HAROLD B. NEWELL, Respondent, v. CLYDE WOODWARD and Others, Appellants. — Order reversed, on the law, with ten dollars costs and disbursements. Motion to dismiss complaint granted, with ten dollars costs, with leave to the plaintiff to plead anew within twenty days after entry and service of copy of the order to be entered hereon, on the ground that the allegation in the complaint that the " defendants so negligently, recklessly and carelessly managed, maintained and operated said premises, dance hall, amusement park and parking space, that the plaintiff was caused to fall into a ravine and as a result thereof the plaintiff sustained serious and permanent injuries as hereinafter set forth " does not plead ·facts. The negligence under such an allegation might consist of any one of a wide variety of acts. (*Pagnillo* v. *Mack Paving & Construction Co.*, 142 App. Div. 491.) Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

FIELD FORCE PUMP COMPANY, Respondent, v. DURALITH CORPORATION, Appellant, and Another. DURALITH CORPORATION, a Domestic Corporation, Appellant, v. FIELD FORCE PUMP COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JOHN VOLK, an Infant, by PETER VOLK, His Guardian ad Litem, Appellant, v. GENERAL ELECTRIC SUPPLY CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs, on the ground that plaintiff's proof does not sustain any theory of contract. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of Dr. BENJAMIN BLOCK, Petitioner, for a Certiorari Order against CHESTER S. LORD and Others, Constituting the REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.